# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kapala, Frederick J. | District Court, N D Illinois | 05/30/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination  Date<br>☐ Initial ☐ Annual ☑ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>05/10/2019 |

**7. Chambers or Office Address**

327 South Church Street
Rockford, IL 61101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Anderson Gardens, an Illinois not-for-profit corporation |
| 2.  Trustee | Trust #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2019 | State of Illinois Retirement System, pension benefits payable at retirement at or after 55 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Illinois - Appellate Court Judge retirement payments | $61,495.46 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kapala, Frederick J.** | 05/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank cash account #4 | A | Interest | M | T | | | | | |
| 2. BMO Harris Bank cash account #1 | A | Interest | K | T | | | | | |
| 3. TD Ameritrade deposit program (formerly Scottrade) | A | Interest | J | T | | | | | |
| 4. IRA #1 | A | Int./Div. | J | T | | | | | |
| 5. -Telefonica Sa Spon Adr | | | | | Sold | 01/10/19 | J | | |
| 6. - Apple Stock | | | | | Buy | 01/15/19 | J | | |
| 7. IRA #2 | A | Int./Div. | K | T | | | | | |
| 8. -CitiGroup | | | | | Sold | 01/10/19 | K | | |
| 9. - Apple Stock | | | | | Buy | 01/15/19 | K | | |
| 10. Real Estate #1, Winnebago County, Illinois (2005, $100,00) | | None | L | R | | | | | |
| 11. Real Estate #2, Winnebago County, Illinois (2003, $25,000) | | None | K | R | | | | | |
| 12. Chase Bank cash account #1 | A | Interest | J | T | | | | | |
| 13. Chase Bank cash account #2 | A | Interest | M | T | | | | | |
| 14. Chase Bank cash account #3 | A | Interest | J | T | | | | | |
| 15. First Community Credit Union cash account #1 | A | Interest | | | Redeemed | 04/20/19 | L | | |
| 16. First Community Credit Union cash account #2 | A | Interest | J | T | | | | | |
| 17. First Community Credit Union cash account #3 | B | Interest | | | Redeemed | 03/05/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kapala, Frederick J.** | 05/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Community Credit Union cash account #4 | A | Interest | J | T | | | | | |
| 19. Rockford Bank and Trust cash account #1 | C | Interest | N | T | | | | | |
| 20. BMO Harris Bank cash account #3 | A | Interest | L | T | | | | | |
| 21. BMO Harris Bank cash account #4 | A | Interest | L | T | | | | | |
| 22. BMO Harris Bank cash account #5 | A | Interest | M | T | | | | | |
| 23. TD Ameritrade Investment Account (formerly Scottrade) (H) | | | | | | | | | |
| 24. - GE Common Stock | A | Dividend | K | T | | | | | |
| 25. - Google Common Stock | A | Dividend | L | T | | | | | |
| 26. - Apple Common Stock | A | Dividend | K | T | | | | | |
| 27. - Amazon Common Stock | A | Dividend | L | T | | | | | |
| 28. Trust #1, trustee (H) | | | | | | | | | |
| 29. -Real Estate #1, Boone County, Illinois ($33,180) (2008) | | None | | | Distributed | 03/06/19 | K | | |
| 30. -Northwest Bank cash accounts | B | Interest | | | Redeemed | 03/05/19 | M | | |
| 31. -Stillman Bank cash account #2 | A | Interest | M | T | | | | | |
| 32. -First Community Credit Union cash account #2 | A | Interest | | | Closed | 02/11/19 | J | | |
| 33. -Rockford Bank & Trust cash account #2 | A | Interest | | | Redeemed | 03/06/19 | M | | |
| 34. -BMO Harris Bank cash account | A | Interest | | | Redeemed | 03/08/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Kapala, Frederick J.** | 05/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 10 was purchased on July 12, 2005 for $100,000.

Part VII, Line 11 was purchased on September 15, 2003 for $25,000

Part VII, Line 29, the trust owns 11.06% of land that was appraised for $300,000 on May 5, 2008. The trusts value in the land is $33,180. In 2019 the Trust distributed the land to a beneficiary of the trust.

Part VII, Line 30: On the 2018 annual report, the Northwest Bank Accounts were incorrectly reported on Line 32 with a value code of "N." During completion of the final disclosure report it was discovered that the correct value code should have been "M."

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kapala, Frederick J. | 05/30/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick J. Kapala**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544